# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO R. JIMENEZ,<br><br>    Petitioner,<br><br>vs.<br><br>GLEN WHORTON, *et al.*,<br><br>    Respondents. | 3:08-cv-00047-LRH-RAM<br><br>ORDER |

The petitioner's motion (#20) for an extension of time is GRANTED, and the time for the petitioner to mail an opposition to the respondents' motion to dismiss to the Clerk for filing is extended up to and including December 18, 2008. The Court notes that the sixty-day deadline in its prior order (#12) expressly overrode any shorter deadline in the *Klingele* minute order. The petitioner's further request in his motion for an order for service of the motion to dismiss has been mooted by the respondents' corrected service of the motion. See #21.

DATED this 3rd day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE